UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re

      CHERYL L. DUARTE

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY } | |
|     MOVANT                 } | |
|                        } | Chapter 13 |
| v.                      } | Case No. 07-11038-WCH |
|                        } | |
| CHERYL L. DUARTE,     } | |
|     DEBTOR            } | |

## STIPULATION ON FREMONT INVESTMENT & LOAN'S
## MOTION FOR RELIEF FROM STAY

        NOW COME the above-captioned parties, by and through their attorneys, and stipulate as follows:

        1.      The total post-petition arrearage as of August 1, 2007 is **$2,304.24**. The post-petition arrears consist of one (1) post-petition payment for July 2007 at $2,125.00 and an escrow shortage of $179.24.

        2.      Debtor will make her regular monthly post-petition mortgage payment for August 2007 on or before August 15, 2007. Commencing September 1, 2007 and monthly thereafter, the debtor shall make the regular monthly post-petition payments on the first (1st) of each month pursuant to the terms of the Note and Mortgage.

        3.      In addition to the regular monthly payments, the debtor shall also make **six equal (6)** payments (hereinafter "Stipulation Payments"), on or before the twentieth (20th) of each month, commencing August 20th, 2007 in the amount of **$384.04**, for a total of **$2,304.24** which will bring the account post-petition current on or before February 15, 2008.

        4.      The debtor may pre-pay any payments under this agreement. If the debtor fails to make any of the regular monthly post-petition payments or any of the Stipulation payments, the Movant's Motion for Relief from Stay may be granted without hearing by the Court upon the Movant filing an Affidavit of Non-Compliance with the Court after ten (10) days Notice of Default to the debtor by first class mail postage prepaid and to their Attorney, by first class mail postage prepaid, e-mail or via facsimile.

1

5.      All payments should be sent to the following address:

**Ameriquest Mortgage Company**
**P.O. Box 51382**
**Los Angeles, CA 90051-5682**

6.      The terms of this Stipulation shall be NULL and VOID if the case is converted or dismissed and this Stipulation shall automatically become NULL and VOID on February 1, 2008.

Agreed to on this 8th day of August 2007.

Respectfully submitted,
Ameriquest Mortgage Company
By Its Attorneys

ABLITT & CHARLTON, P.C.

DATED: August 8, 2007          /s/ Brian T. LaManna
                               Brian T. LaManna
                               BBO 657220
                               92 Montvale Avenue, Suite 2950
                               Stoneham, Massachusetts 02180
                               781-246-8995


Respectfully submitted,
Cheryl L. Duarte
By Her Attorney

DATED: August 8, 2007          /s/ Joseph G. Foley
                               Joseph G. Foley
                               BBO 564336
                               P.O. Box 67397
                               Chestnut Hill, Massachusetts 02467
                               617-738-7703