

*8/8/2007 Stipulation having been filed, the hearing assignment of August 10, 2007 is hereby vacated.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re

    CHERYL L. DUARTE

| | |
|---|---|
| AMERIQUEST MORTGAGE COMPANY } | Chapter 13 |
|    MOVANT } | Case No. 07-11038-WCH |
| } | |
| v. } | |
| } | |
| CHERYL L. DUARTE, } | |
|    DEBTOR } | |

**MOTION TO APPROVE STIPULATION
ON AMERIQUEST MORTGAGE COMPANY'S MOTION FOR RELIEF FROM STAY
AND REQUEST FOR ADEQUATE PROTECTION AND CANCEL HEARING**

    NOW COMES the above-captioned parties, by and through their attorneys, and hereby respectfully request that this Court grant its Motion to Approve Stipulation and Cancel Hearing. In support of their motion, the above-captioned parties state as follows:

    1.    Ameriquest Mortgage Company (hereinafter the "Movant") filed a Motion for Relief and Request for Adequate Protection, on or about June 12, 2007.

    2.    On or about June 19, 2007, Cheryl L. Duarte, (hereinafter, the "Debtor") filed an Objection to Movant's Motion for Relief and Request for Adequate Protection.

    3.    A hearing on the Movant's Motion for Relief from Stay and Request for Adequate Protection is currently scheduled for Friday, August 10, 2007 in Hyannis, Massachusetts.

    4.    The Debtor and Movant have entered into a stipulation on Movant's Motion for Relief and Request for Adequate Protection (attached hereto as Exhibit *A*).

1