UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE. CHERYL L. DUARTE

CHAPTER 13
CASE NO. 07-11038-WCH

AMERIQUEST MORTGAGE COMPANY,
its successors or assigns,

        Movant.

v.

CHERYL L. DUARTE,

ASSENTED TO MOTION OF AMERIQUEST MORTGAGE COMPANY AND THE DEBTOR TO CONTINUE HEARING ON THE CERTIFICATE OF NONCOMPLIANCE (DOCKET #64)

      Now comes Ameriquest Mortgage Company ("Ameriquest") and moves the Court for an order continuing the hearing on its pending Certificate of Noncompliance (the property subject to the motion is 6 Torrington Road, Fairhaven, MA (docket no. 64) presently scheduled for May 16, 2008 for a period of 30 days or to a date as soon thereafter as the parties can be heard. The parties are in the process of exchanging and reviewing accounting information and require additional time within which to resolved accounting issues. Counsel for the Debtor has assented to this motion.

Date: May 15, 2008

                                The Movant
                                By its attorney,

                                /s/ John S. McNicholas, Esq.
                                John S. McNicholas
                                BBO# 546542
                                Ablitt & Charlton, P.C.
                                92 Montvale Avenue, Suite #2950
                                Stoneham, MA 02180
                                (781) 246-8995 (phone)
                                (781) 246-8994 (facsimile)
                                jmcnicholas@acdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing ASSENTED-TO MOTION TO CONTINUE HEARING ON MOVANT'S CERTIFICATE OF NONCOMPLIANCE by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties pursuant to Bankruptcy Rules 2002, 4001 and 5005 and MLBR's 2002-1,4001-1 and 9013-3:

DATED: May 15, 2008                             /s/ John S. McNicholas

**Joseph G. Foley**
P.O. Box 67397
Chestnut Hill, MA 02467-0004

**Cheryl L. Duarte**
6 Torrington Road
Fairhaven, MA 02719

**George M. Duarte**
6 Torrington Road
Fairhaven, MA 02719

**John Fitzgerald**
Office of the US Trustee
10 Causeway Street
Boston, MA 02222

**Carolyn Bankowski**
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Town Of Fairhaven**
Tax Collector
40 Center Street
Fairhaven, MA 02719

**Michael Lushan**
Lushan, McCarthy & Goonan,
496 Harvard Street,
Brookline, MA 02446